UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENNIFER LOMBARD,

                Plaintiff,

-against-

WINWEST SHELTER; CITY OF NEW YORK DEPT. OF HOMELESS SERVICES; NYCHA; THE DEPT. OF HOUSING AND URBAN DEVELOPMENT,

                Defendants.

24-CV-0853 (LTS)

CIVIL JUDGMENT

---

For the reasons stated in the March 14, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 14, 2024
          New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge